IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J. A.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-103 |
| | § | |
| PAMELA BONDI, | § | |
| *et al.*, *in their official capacities*, | § | |
|     Respondents. | § | |

## ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243

Before the Court is Petitioner J. A.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner, a citizen of Mexico, claims his continued detention violates his substantive and procedural rights under the Fifth Amendment of the U.S. Constitution, the Immigration and Nationality Act, and judicial estoppel. *Id*. at 6-11.

Petitioner's allegations raise a genuine question as to whether his continued detention violates federal law and the U.S. Constitution. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

Pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted **no later than February 25, 2026**. Responses thereafter shall follow Local Rules 7.1 through 7.4 of the Southern District of Texas. *See* S.D. Tex. L.R. 7.1 - 7.4.

Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Brownsville Division, or any planned removal of Petitioner from the United States, at least five (5) days before any such transfer or removal.

The Clerk of Court is **DIRECTED** to deliver copies of the petition (Docket Entry No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei,

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

by electronic mail to USATXS.CivilNotice@usdoj.gov.

At this time, the Court finds good cause exists to forgo setting a hearing until the issues in the case are fully briefed.

Signed on February 5, 2026.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge