United States District Court
Southern District of Texas

**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| J. GUADALUPE OVIEDO-ABOYTES, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00103 |
| | § | |
| PAMELA BONDI, *et al*., | § | |
| "Defendants." | § | |

## ORDER

Before the Court are "Petitioner's Notice of Mootness and Motion to Dismiss Without Prejudice" ("Voluntary Dismissal") (Dkt. No. 11) and "Respondents' Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot" ("MTD") (Dkt. No. 12).

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioner's claims against the Defendants are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

Signed on April 6, 2026.

_____
Rolando Olvera
United States District Judge